PER CURIAM.

MULTIGRAPHICS DIVISION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 24, 1975.*

MULTIGRAPHICS DIVISION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

■■■■■■■

PER CURIAM.